IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 6:19-mj-126-CRI-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Katrina Marie Aliff | ) | |
| | ) | |

On September 10, 2019, the defendant appeared before this Court for an initial appearance on a complaint. The government moved for detention, and the defendant, through counsel, requested a preliminary hearing and a detention hearing. On September 12, 2019, counsel appeared before the court and advised that the defendant was in need of physical and mental health care, and moved that the court order such care be provided by the government, and that a mental health evaluation be conducted. The Court grants the defendant's request for a mental health (psychiatric or psychological) evaluation pursuant to Title 18, United States Code, Sections 4241, 4242 and 4247(b) and (c).

Pursuant to Title 18, United States Code, Section 3161(h)(1)(A), such time as is taken up by the examination may be properly deemed excludable under the Speedy Trial Act.

IT IS THEREFORE ORDERED:

(a) That the defendant be committed to a federal facility for such reasonable period of time as is necessary for the conduct of such examinations as are herein requested, such period not to exceed forty-five (45) days from the date of admission to the designated facility without further order of the court.

(b) That the United States Marshal is hereby authorized to transport the defendant, Katrina Marie Aliff, to such federal facility.

(c) That such psychiatric or psychological examination referred to herein be for the purpose of (1) determining whether or not, at the time of the criminal conduct alleged in the complaint in this case, the defendant, as a result of a severe mental disease or defect, was unable to appreciate the nature and quality or the wrongfulness of her acts; and (2) determining whether or not the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

(d) That the examinations be conducted by a licensed or certified psychiatrist or psychologist as required by Title 18, United States Code, Section 4247(b).

(e) That upon completion of the examinations as herein requested, the examiner(s) prepare a full report, such report to include all of the following as required by Title 18, United States Code, Section 4247(c):

(1) The defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiners' findings; and

(4) the examiners' opinion as to diagnosis, prognosis, whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to understand the nature and consequences of the proceedings against her or to assist properly in her defense, and whether the person was insane at the time of the offense charged, using as a definition of insanity the standards set out in paragraph (a).

(f) That the report herein requested be transmitted by electronic mail to the court at filingdocs_ecf_gren@scd.uscourts.gov and copies provided to James Loggins, defense counsel, at the Federal Public Defender's Office, 75 Beattie Place, Suite 950,

Greenville, South Carolina 29601 (tel. 864-235-8714) and to Carrie Fisher-Sherrard, Assistant United States Attorney, 55 Beattie Place, Suite 700, Greenville, SC 29601 (tel. 864-282-2100), as provided in Title 18, United States Code, Section 4247(c).

That the time for the examinations herein requested be excluded time in accordance with Title 18, United States Code, Section 3161(h)(1)(A).

IT IS SO ORDERED.

                                                s/ Kevin F. McDonald
                                                United States Magistrate Judge

September 12, 2019
Greenville, South Carolina